JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN SOUZA, | Case No. CV 16-4553-ODW (SP) |
| Petitioner, | |
| v. | **JUDGMENT** |
| RANDY L. TEWS, Warden, | |
| Respondent. | |

Pursuant to the Memorandum and Order Summarily Dismissing Petition for Writ of Habeas Corpus,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated: July 8, 2016

_____
HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE